IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action Number 00-cr-00083-DBS

UNITED STATES OF AMERICA,

               Plaintiff,

v.

KEITH ANSON LYNN,

               Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M.V. Wentz
 Secretary

     A supervised release violation hearing is set for **Tuesday, January 9, 2007, at 11:00 a.m.** in Courtroom A, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: December 7, 2006